IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CASE NO. 1:06cr9 |
| SABRI BENKAHLA | ) |
| Defendant | ) |

ORDER

Before the court is a request from the Probation Office for early termination of the Defendant's term of supervised release. After a review of the record, the Court declines to allow early termination. Therefore, the request is **DENIED**.

It is so **ORDERED**.

Alexandria, Virginia
May 18, 2018

/s/
Liam O'Grady
United States District Judge